[No. 18211-1-I.   Division One.   December 1, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
VERNON GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-8-07842-9, Stephen M. Gaddis, J. Pro
Tem., entered January 17, 1986. *Granted in part* and
*vacated in part* by unpublished per curiam opinion.

[No. 15615-2-I.   Division One.   December 1, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v.
MARCUS ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-8-02549-4, Terrence A. Carroll, J., entered
October 31, 1984. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Scholfield, C.J., and Ringold,
J.

[No. 7977-1-II.   Division Two.   December 1, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
W. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-1-00174-9, Floyd V. Hicks, J., entered
June 26, 1984. *Reversed* by unpublished opinion per Alex-
ander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 7950-0-II.   Division Two.   December 1, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
BERNARD FRANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 83-1-00227-3, John N. Skimas, J., entered
July 3, 1984. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Worswick, C.J., and Petrich, J.